AO 240A  (Rev. 12/03)

# UNITED STATES DISTRICT COURT

**District of**

| | |
|---|---|
| ZENAIDA DIAZ DE AZA<br>Plaintiff<br><br>V.<br><br>SOCIAL SECURITY<br><br>Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br>CASE NUMBER: 07-6168 WJM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this     4th     day of         January        ,   2008   .

s/William J. Martini
_____
WILLIAM J. MARTINI, U.S.D.J.